IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00510-WYD-CBS

COLORADO MESA UNIVERSITY, formerly known as Mesa State College, a University created and authorized under the laws of the State of Colorado,

    Plaintiff,

v.

KEVIN HOM, ARCHITECT P.C., formerly known as Kevin Hom and Andrew Goldman Architects, P.C., a New York corporation,

    Defendant.

## ORDER OF REMAND PURSUANT TO 28 U.S.C. § 1447(c)

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Remand Pursuant to 28 U.S.C. § 1447(c) [ECF No. 11] filed March 19, 2015.  The Court being fully advised in the matter, hereby

ORDERS that Defendant's Unopposed Motion to Remand Pursuant to 28 U.S.C. § 1447(c) is **GRANTED.**  In accordance therewith, it is

ORDERED that this civil action is remanded to the District Court of Mesa County, Colorado because this Court does not have subject matter jurisdiction over the case. The Clerk shall mail a certified copy of this Order to the clerk of the District Court of Mesa County, Colorado.

Dated: March 19, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE